CONSENT TO SUE UNDER
THE FAIR LABOR STANDARDS ACT

I, _____Joseph Cayetano_____, am an individual formerly employed by __Quality Facility Solutions Corp et al_____ (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _____*[signature]*_____

Name: Joseph Cayetano

Date: __August 6, 2019__