AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

SERVICE OF: SUMMONS, ACTION COMPLAINT, PRAYER FOR RELIEF, $40.00 FEE
EFFECTED (1) BY ME: Angela Roy
TITLE: PROCESS SERVER  DATE: 12/11/20 @ 9:00 AM

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

QUALITY FACILITY SOLUTIONS CORP., C/O NEW YORK SECRETARY OF STATE

Place where served:

ONE COMMERCE PLAZA  99 WASHINGTON AVENUE  ALBANY  NY  12231

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Sue Louky, Business Document Specialist II

Relationship to defendant _____

Description of Person Accepting Service:

SEX: F  AGE: 65  HEIGHT: 5'2"  WEIGHT: 120 lbs  SKIN: White  HAIR: Brown  OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

## STATEMENT OF SERVER

TRAVEL $ _____.____    SERVICES $ _____.____    TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12 / 11 / 20 20

SIGNATURE OF Angela Roy  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: C.K. LEE, ESQ.
PLAINTIFF: JOSEPH CAYETANO
DEFENDANT: QUALITY FACILITY SOLUTIONS CORP. D/B/A QUALITY FLOORSHINE D/B/A QFS, ET AL
VENUE: DISTRICT
DOCKET: 
COMMENT: 1 20 CV 04777