UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

JOSEPH CAYETANO, et al.,
*On behalf of themselves, FLSA Collective*
*Plaintiffs, and the Class,*

                                 Plaintiffs,        Case No.: 20-CV-4777

- against –                                    NOTICE OF MOTION


QUALITY FACILITY SOLUTIONS CORP., et al.,

                                 Defendants.

---------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that plaintiffs and defendant BIM Cleaning Services, Inc., in the above captioned matter, have agreed to extend the date for defendant BIM Cleaning Services, Inc., to move, Answer or otherwise respond to the Complaint, until July 9, 2021. The attached stipulation displays the parties' commitment to same.

      As a result, the parties' respectfully request the Court to So Order the parties' agreement in such regard.


                                         Respectfully submitted,

                                         **BRANDON J. BRODERICK**
                                         Attorneys for defendant,
                                         BIM Cleaning Services, Inc.

                                         By: s// <u>Marc W. Garbar</u>
                                             Marc W. Garbar, Esq.
                                             800 Third Avenue, 28th Floor
                                             New York, New York 10022
                                             (212) 688-8111
                                             mgarbar@201employmentlaw.com


Dated: June 14, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSEPH CAYETANO, et al.,
*on behalf of themselves, FLSA Collective*
*Plaintiffs, and the Class,*

                                        Plaintiffs,

-against-

QUALITY FACILITY SOLUTIONS CORP., et
al.,

                                        Defendants.

Case No.: 20-CV-4777

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above

captioned action, acting by means of their respective counsel, that the time for BIM Cleaning Services,

Inc. to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby

extended through and including July 9, 2021. There has been no previous request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED, that BIM Cleaning Services, Inc. also agrees to

(i) waive all defenses to invalid service of process and (ii) accept service of the Complaint and all

amendments thereon.

For the Defendants:

By: _/s/ Marc W. Garber, Esq._
Marc W. Garbar, Esq.
Brandon J. Broderick, Attorney at Law
65 East Route 4, 2nd Floor
River Edge, NJ 07661
Tel: 201.397.1424
Fax: 201.330.4013
mgarbar@201employmentlaw.com

Date: ___6/10/2021___

For the Plaintiffs:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, New York 10011
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: ___6/10/21___