# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X

JOSEPH CAYETANO, KELVIN GARCIA, and DENIS ANTONIO MARIN FERNANDEZ, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

                Plaintiffs,

vs.

QUALITY FACILITY SOLUTIONS CORP
d/b/a QUALITY FLOORSHINE
d/b/a QFS, and
BIM CLEANING SERVICES INC.,

                Defendants.

------------------------------------------------------- X

Case No.: 1:20-cv-04777 (CBA) (LB)

**STIPULATION**

      **PLEASE TAKE NOTICE** that plaintiffs and defendant BIM Cleaning Services Inc. ("defendant BIM") in the above captioned matter have agreed to extend the date for defendant BIM to move, answer or otherwise respond to the Amended Complaint, until on or before September 10, 2021.

      As a result, the parties respectfully request the Court to So Order the parties' agreement in such regard.

                                            Respectfully submitted,

                                            **BRANDON J. BRODERICK**
                                            Attorneys for defendant BIM

                                            By: s// *Marc W. Garbar*
                                                  Marc W. Garbar, Esq.
                                                  65 State Route 4 East
                                                  River Edge, NJ 07661
                                                  (201) 853-1505
                                                  mgarbar@201employmentlaw.com

Dated: August 13, 2021