**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JOSEPH CAYETANO, KELVIN GARCIA, and
DENIS ANTONIO MARIN FERNANDEZ,
*on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,

                Plaintiffs,

v.

QUALITY FACILITY SOLUTIONS CORP
    d/b/a QUALITY FLOORSHINE
    d/b/a QFS, and
BIM CLEANING SERVICES INC.,

                Defendants.

Case No.: 20-cv-04777

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Joseph Cayetano, Kelvin Garcia, and Denis Antonio Marin Fernandez hereby accept and provide notice that they have accepted Defendant's Offer of Judgment dated September 7, 2021 and annexed hereto as **Exhibit A**.

Dated: September 7, 2021

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*