Clerk's Office
Filed Date:  9/9/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JOSEPH CAYETANO, KELVIN GARCIA, and
DENIS ANTONIO MARIN FERNANDEZ,
*on behalf of themselves, FLSA Collective Plaintiffs,
and the Class*,

                Plaintiffs,

                v.

QUALITY FACILITY SOLUTIONS CORP
    d/b/a QUALITY FLOORSHINE
    d/b/a QFS, and
BIM CLEANING SERVICES INC.,

                Defendants.

Case No.: 20-cv-04777

**RULE 68 JUDGMENT**

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Quality Facility Solutions Corp. ("Defendant QFS") having offered to allow Plaintiffs Joseph Cayetano, Kelvin Garcia, and Denis Antonio Marin Fernandez ("Plaintiffs") to take a judgment against it, in the sum of Thirty Thousand Dollars and Zero Cents ($30,000.00), inclusive of Plaintiffs' reasonable attorneys' fees and costs incurred to the date of this offer, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated September 7, 2021 and filed as Exhibit A to Docket Number 35;

      **WHEREAS**, on September 7, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendant QFS's Offer of Judgment (Dkt. No. 35);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Joseph Cayetano, Kelvin Garcia, and Denis Antonio Marin Fernandez, in the sum of Thirty Thousand Dollars and Zero Cents ($30,000.00), in accordance with the terms and conditions

of Defendants' Rule 68 Offer dated September 7, 2021 and filed as Exhibit A to Docket Number 35. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____September 9__, 2021       /s/  Carol  Bagley  Amon_____
       New York, New York                       HONORABLE CAROL BAGLEY AMON
                                                        United States District Judge